UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE REVOLUTION LIGHTING TECHNOLOGIES, INC. DERIVATIVE ACTION, | Lead Case No. 1:19-cv-03913 |
| This Document Relates To:<br>    ALL ACTIONS | |

### NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT AND APPROVAL OF SHAREHOLDER NOTICE

TO:    All Counsel of Record

PLEASE TAKE NOTICE that upon the Stipulation and Agreement of Settlement dated January 30, 2020, annexed as Exhibit 1 to the Declaration of Thomas J. McKenna In Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Derivative Settlement and Approval of Shareholder Notice ("McKenna Declaration"), the accompanying Plaintiffs' Memorandum Of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Derivative Settlement and Approval of Shareholder Notice, and the McKenna Declaration, plaintiffs in the above-captioned action, together with plaintiffs in the related derivative action pending in the District of Connecticut (together with the above-captioned action, the "Actions"), will move this Court before the Honorable J. Paul Oetken in the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007 for entry of an Order that will, among other things: (i) preliminarily approve the proposed Settlement of the Actions on the terms set forth in the Stipulation; (ii) approve the proposed form and manner of providing notice of the Settlement to Revolution shareholders as of January 30, 2020; and (iii) schedule a final

approval hearing to determine whether the proposed Settlement should be finally approved and to consider Plaintiffs' Counsel's application for an award of attorneys' fees and reimbursement of expenses incurred in connection with the prosecution of the Actions.

For the reasons set forth in Plaintiffs' Memorandum of Law, the McKenna Declaration, and the Stipulation, Plaintiffs respectfully request that the Court find that the proposed Settlement merits preliminary approval. A proposed Order entitled [proposed] Preliminary Approval and Scheduling Order, which grants the relief requested herein, is attached as Exhibit D to Stipulation, which is Exhibit 1 to the McKenna Declaration.

Dated: March 23, 2020

Respectfully submitted,

*Thomas J. McKenna*
**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Email: tjmckenna@gme-law.com
        gegleston@gme-law.com

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole
Christopher J. Kupka
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Email: gnespole@zlk.com
        ckupka@zlk.com

*Co-Lead Counsel for New York Plaintiffs*

**GLANCY PRONGAY & MURRAY LLP**
Matthew M. Houston
Benjamin I. Sachs-Michaels
712 Fifth Avenue
New York, NY 10019
Telephone: (212) 935-7400
Email: mhouston@glancylaw.com
   bsachsmichaels@glancylaw.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 992-5427
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Connecticut Plaintiffs*

**BRAGAR EAGEL & SQUIRE, P.C.**
Marion C. Passmore
Melissa A. Fortunato
Alexandra Raymond
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone: (212) 308-5858
Email: passmore@bespc.com
   fortunato@bespc.com
   raymond@bespc.com

**HYNES & HERNANDEZ, LLC**
Michael J. Hynes
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (484) 875-3116
Email: mhynes@hh-lawfirm.com

*Counsel for Connecticut Plaintiffs*